```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SAKINA OUISRANI, et al.,                                     :
                                      Plaintiff,             :
                                                             :    24 Civ. 3653 (LGS)
               -against-                                     :
                                                             :          ORDER
UNITED STATES OF AMERICA, et al.,                            :
                                                             :
                                      Defendants.            :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS on May 13, 2024, the Complaint for a Writ of Mandamus was filed. It is hereby

**ORDERED** that the Government shall, by **August 5, 2024**, file a memorandum in opposition to the petition for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **August 19, 2024**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: July 1, 2024
       New York, New York

                                                    _____
                                                         **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**